# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ROVER PIPELINE, LLC, et al. | § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-0232-S |
| FEDERAL ENERGY REGULATORY COMMISSION, et al. | § § § | |

## ORDER

Before the Court is Defendants' Motion for Clarification or, in the Alternative, to Lift the Stay for Limited Purpose ("Motion") [ECF No. 43]. The Court has considered the Motion, Plaintiffs' Opposition to Defendants' Motion [ECF No. 45], Defendants' Reply in Support of the Motion [ECF No. 46], the arguments of the parties at the September 12, 2023, hearing, and the applicable law. For the reasons stated on the record at the hearing, the Court **DENIES** the Motion.

In addition, for the reasons stated on the record, this case is **STAYED** pending resolution of *Securities and Exchange Commission v. Jarkesy*, Case No. 22-859, in the Supreme Court of the United States, and is **ADMINISTRATIVELY CLOSED** without prejudice to it being reopened upon a motion by any party or to enter a judgment. Further, the related FERC proceeding shall remain **STAYED** under 5 U.S.C. § 705 without prejudice to it being reopened upon a motion by any party.

**SO ORDERED.**

SIGNED September 13, 2023.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**