United States Court of Appeals
for the Fifth Circuit

**A True Copy**
**Certified order issued Dec 12, 2023**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

---

No. 23-11154

---

United States Court of Appeals
Fifth Circuit
**FILED**
December 12, 2023

Rover Pipeline, L.L.C.; Energy Transfer, L.P.,

Lyle W. Cayce
Clerk

*Plaintiffs—Appellees*,

*versus*

Federal Energy Regulatory Commission; Carmen Cintron, *Acting Chief Administrative Law Judge*; Allison Clements, *Commissioner*; James Danly, *Commissioner*; Richard Glick, Chairman; Willie L. Phillips, *Commissioner*; Mark C. Christie, *Commissioner*,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-232

---

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of December 12, 2023, pursuant to appellant's motion.

No. 23-11154

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

By: _____
                Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 12, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 23-11154   Rover Pipeline v. FERC
                      USDC No. 3:22-CV-232

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Casey A. Sullivan, Deputy Clerk
                              504-310-7642

cc w/encl:
    Mr. Daniel J. Aguilar
    Mr. Jason Joel Fleischer
    Mr. George M. Kryder III
    Mr. William S. Scherman
    Ms. Cassandra Snyder