IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROVER PIPELINE LLC and<br>ENERGY TRANSFER LP<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY<br>COMMISSION, et al.,<br><br>    Defendants. | Civil Action No. 3:22-CV-0232-S |

### JOINT MOTION TO CONTINUE RULE 16 INITIAL HEARING

Plaintiffs and Defendants (collectively, the "Parties") respectfully move for a continuance of the Rule 16 initial hearing for this case, which is currently set for December 16, 2025, at 1:00 p.m. *See* ECF 63. The Parties request that the hearing be reset to January 13, 2026.[1]

Good cause exists for a continuance because the current December 16 hearing date poses a conflict for counsel for both sides. Counsel for Defendants is newly assigned to this case and has various professional obligations on that date, including those caused by the recent lapse in Congressional appropriations. Additionally, counsel for Plaintiffs have various professional and personal immovable conflicts on December 16, including, but not limited to, a hearing and previously scheduled travel. A continuance to January 13 would ensure that counsel are available to appear in person.

The Parties have already been in contact and they will confer further regarding scheduling in advance of the hearing. They will also prepare a proposed agreed scheduling order. Accordingly,

---

[1] If January 13, 2026, does not work for the Court's schedule, the Parties respectfully request that the Court provide alternative hearing dates after that date.

the Parties will be prepared to discuss the matters set forth in Rules 16(b)(3) and 26(f) at a hearing in January.

The Parties respectfully request that the Court grant this motion and continue the initial hearing to January 13.

Dated: December 9, 2025.                                   Respectfully submitted,

                                                            */s/ George M. Kryder*

                                                            George M. Kryder
                                                              Texas Bar No. 11742900
                                                              gkryder@velaw.com
                                                            VINSON & ELKINS LLP
                                                            2001 Ross Avenue
                                                            Dallas, Texas 75201
                                                            Telephone: (214) 220-7719
                                                            Facsimile: (214) 999-7719

                                                            William S. Scherman (admitted *pro hac vice*)
                                                              D.C. Bar No. 384860
                                                              wscherman@velaw.com
                                                            Jason J. Fleischer (admitted *pro hac vice*)
                                                              D.C. Bar No. 978810
                                                              jfleischer@velaw.com
                                                            VINSON & ELKINS LLP
                                                            2200 Pennsylvania Avenue NW
                                                            Suite 500 West
                                                            Washington, D.C. 20037
                                                            Telephone: (202) 639-6550
                                                            Facsimile: (202) 639-6604

                                                          *Attorneys for Rover Pipeline LLC and Energy Transfer LP*

        BRETT A. SHUMATE
        Assistant Attorney General
        Civil Division


        CHRISTOPHER R. HALL
        Assistant Branch Director
        Federal Programs Branch


        */s/ Jacqueline C. Lau*
        JACQUELINE C. LAU
        (DC Bar No. 90024952)
        Trial Attorney
        U.S. Department of Justice, Civil Division,
        Federal Programs Branch
        1100 L Street, N.W.
        Washington, D.C. 20005
        (202) 598-0914
        Jacqueline.c.lau@usdoj.gov

        *Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

I certify that on December 8, 2025, the Parties conferred and agreed to the filing of this motion.

*/s/ George M. Kryder*
George M. Kryder

## CERTIFICATE OF SERVICE

I certify that on December 9, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

*/s/ George M. Kryder*
George M. Kryder