# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| ROVER PIPELINE, LLC, and<br>ENERGY TRANSFER LP | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 3:22-CV-0232-S |
| FEDERAL ENERGY REGULATORY<br>COMMISSION, et al. | §<br>§<br>§ | |

### ORDER

This Order addresses the Joint Motion to Continue Rule 16 Initial Hearing ("Motion") [ECF No. 64]. The Court **GRANTS IN PART** the Motion to the extent that the Court will reset the Rule 16 Initial Hearing by separate Order.

**SO ORDERED.**

SIGNED December 11, 2025.

*[signature]*
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**