IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROVER PIPELINE LLC and<br>ENERGY TRANSFER LP<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY<br>COMMISSION, et al.,<br><br>    Defendants. | Civil Action No. 3:22-CV-0232-S |

## SECOND JOINT MOTION TO CONTINUE RULE 16 INITIAL HEARING

Plaintiffs and Defendants (collectively, the "Parties") respectfully move for a second continuance of the Rule 16 initial hearing for this case, which is currently set for January 27, 2026, at 1:00 p.m. *See* ECF 66. The Parties request that the hearing be reset to March 3, 2026 or later.[1]

Good cause exists for a continuance because the parties have begun to initiate settlement discussions. Settlement of the underlying agency proceeding could fully resolve this matter, but the Parties need time to come to an agreement. Moreover, because the primary defendant is a federal agency, any settlement proposals must be discussed with and approved by agency leadership, which takes additional time. The Parties are hopeful that if such a settlement can be reached, it would obviate the need for an initial hearing and further litigation.

The Parties respectfully request that the Court grant this motion and continue the initial hearing to March 3 or later to give the Parties more time to reach a settlement.

---

[1] If March 3, 2026, does not work for the Court's schedule, the Parties respectfully request that the Court provide alternative hearing dates after that date.

Dated: January 20, 2026.                    Respectfully submitted,

                                                  BRETT A. SHUMATE
                                                  Assistant Attorney General
                                                  Civil Division

                                                  CHRISTOPHER R. HALL
                                                  Assistant Branch Director
                                                  Federal Programs Branch

                                                  */s/ Jacqueline C. Lau*_____
                                                  JACQUELINE C. LAU
                                                  (DC Bar No. 90024952)
                                                  Trial Attorney
                                                  U.S. Department of Justice, Civil Division,
                                                  Federal Programs Branch
                                                  1100 L Street, N.W.
                                                  Washington, D.C. 20005
                                                  (202) 598-0914
                                                  Jacqueline.c.lau@usdoj.gov

                                                  *Counsel for Defendants*

          */s/ George M. Kryder*

          George M. Kryder
            Texas Bar No. 11742900
            gkryder@velaw.com
          VINSON & ELKINS LLP
          2001 Ross Avenue
          Dallas, Texas 75201
          Telephone: (214) 220-7719
          Facsimile: (214) 999-7719

          William S. Scherman (admitted *pro hac vice*)
            D.C. Bar No. 384860
            wscherman@velaw.com
          Jason J. Fleischer (admitted *pro hac vice*)
            D.C. Bar No. 978810
            jfleischer@velaw.com
          VINSON & ELKINS LLP
          2200 Pennsylvania Avenue NW
          Suite 500 West
          Washington, D.C. 20037
          Telephone: (202) 639-6550
          Facsimile: (202) 639-6604

*Attorneys for Rover Pipeline LLC and Energy Transfer LP*

**CERTIFICATE OF CONFERENCE**

I certify that on January 20, 2026, the Parties conferred and agreed to the filing of this motion.

*/s/ Jacqueline C. Lau*
Jacqueline C. Lau

**CERTIFICATE OF SERVICE**

I certify that on January 20, 2026, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

*/s/ Jacqueline C. Lau*
Jacqueline C. Lau