# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ROVER PIPELINE, LLC, and ENERGY TRANSFER LP | § § § § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-0232-S |
| FEDERAL ENERGY REGULATORY COMMISSION, et al. | § § § § | |

## ORDER

This Order addresses the Third Joint Motion to Continue Rule 16 Initial Hearing ("Motion") [ECF No. 70]. The Court **GRANTS** the Motion. The Court will reset the Rule 16 Initial Hearing by separate Order.

**SO ORDERED.**

SIGNED February 25, 2026.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE