# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

ROVER PIPELINE, LLC, and ENERGY  §
TRANSFER LP                      §
                                 §
v.                               §    CIVIL ACTION NO. 3:22-CV-0232-S
                                 §
FEDERAL ENERGY REGULATORY        §
COMMISSION, et al.               §

## ORDER

Before the Court is the parties' Joint Motion to Continue Rule 16 Initial Hearing ("Motion") [ECF No. 81]. In the Motion, the parties state that they are engaged in settlement negotiations. Mot. 1. The Court has previously granted five motions for continuance over the past six months because the parties have been engaged in settlement discussions. *See* ECF Nos. 65, 68, 71, 74, 77. Accordingly, this case is **ABATED** and **ADMINISTRATIVELY CLOSED**, without prejudice to its being reopened upon motion by any party to enter a judgment or order of dismissal or for further proceedings if a settlement is not consummated.

**SO ORDERED.**

SIGNED July 21, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**