# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| ROVER PIPELINE, LLC, and ENERGY TRANSFER LP | § § § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-0232-S |
| FEDERAL ENERGY REGULATORY COMMISSION, et al. | § § § | |

## ORDER

This Order addresses the Joint Motion to Dismiss Without Prejudice ("Joint Motion") [ECF No. 83]. Upon review and consideration of the Joint Motion, the Court **GRANTS** the Joint Motion. The Clerk is directed to **REOPEN** this case to enable the dismissal of this case without prejudice pursuant to the parties' Joint Motion.

In light of the Joint Motion, all claims that Plaintiffs assert, or could have asserted, against Defendants in this lawsuit are hereby **DISMISSED WITHOUT PREJUDICE**. Each party will bear their own attorney's fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED October 26, 2026.

Karen Gren Scholer

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**